UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 4:22-cv-03407 |
| | § | |
| $60,000 SEIZED FROM BANK OF | § | |
| AMERICA ACCOUNT 8467, and | § | |
| | § | |
| $85,734.20 SEIZED FROM BANK OF | § | |
| AMERICA ACCOUNT 3070, | § | |
| Defendants. | § | |

CERTIFICATE OF INTERESTED PARTIES

The United States of America hereby certifies that the following persons or entities may have a financial interest in the outcome of this litigation:

1. The United States of America
2. Franceska Daniela Menendez
3. Darren Ifeanyi Okoro

                                                   Respectfully submitted,

                                                   JENNIFER B. LOWERY
                                                   United States Attorney

By:    s/ *Melissa Hotze*
                      Melissa Hotze
                      SDTX Admission Number 784631
                      Assistant United States Attorney
                      1000 Louisiana, Suite 2300
                      Houston, Texas 77002
                      Telephone (713) 567-9000
                      Email: melissa.hotze@usdoj.gov

## **CERTIFICATE OF SERVICE**

A true and correct copy of this document was served on all counsel of record via electronic court filing on October 17, 2022.

                                                         *s/ Melissa Hotze*
                                                         Melissa Hotze
                                                         Assistant United States Attorney